DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SALOMON ROBERTS,**
Appellant,

v.

**MARK INCH, SECRETARY OF DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D21-2521

[March 24, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432021CA000789.

Salomon Roberts, Indiantown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Michael W. Mervine, Assistant Attorney General, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***